Attorney General, *Kerns B. Taylor,* Assistant Attorney General, and *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, for the State of Texas; *Robert Y. Button,* Attorney General, and *M. Harris Parker,* Assistant Attorney General, for the State of Virginia; *James Barrett,* Attorney General, for the State of Wyoming; and the States of Louisiana and Oklahoma. ▆▆▆▆

No. 163. YOUNGER, DISTRICT ATTORNEY OF LOS ANGELES COUNTY *v.* HARRIS ET AL. Appeal from D. C. C. D. Cal. Motion to dispense with printing motion to affirm granted. Probable jurisdiction noted. *Evelle J. Younger,* appellant, *pro se. Frank S. Pestana, A. L. Wirin,* and *Fred Okrand* for appellees. *Thomas C. Lynch,* Attorney General, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Clifford K. Thompson, Jr.,* Deputy Attorney General, filed a brief for the State of California, by invitation of the Court, *ante,* p. 813. ▆▆▆

▆▆▆▆▆ (See also No. 221, Misc., *ante,* p. 314.)

No. 624. PERKINS *v.* STANDARD OIL CO. OF CALIFORNIA. C. A. 9th Cir. Certiorari granted. *Earl W. Kintner, George R. Kucik, Roger Tilbury, Ernest Bonyhadi,* and *Bruce M. Hall* for petitioner. *Francis R. Kirkham, Richard J. MacLaury,* and *H. Helmut Loring* for respondent. ▆▆▆▆▆

No. 672. UNITED STATES *v.* KING. Ct. Cl. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Weisl, Harris Weinstein,* and *John C. Eldridge* for the United States. *Neil B. Kabatchnick* for respondent. ▆▆▆▆▆